In the Matter of the Claim of AGNES H. GLAVY, Widow, Respondent, against BETHLEHEM STEEL COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 10, 1948; decided July 16, 1948.

*Solon J. Stone* and *William M. Fay* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert N. Landy* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.